Christopher Clark
3355 Summerlinn Drive
West Linn, Oregon 97068
503-453-2993

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER L. CLARK,<br><br>  Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, a Texas Corporation; and JANE DOE 1; and JANE DOE 2,<br><br>  Defendants. | Case Number<br><br>**CV '07 - 1548 - AA**<br><br>COMPLAINT<br>(Violation of Fair Debt Collection Practices Act) |

## JURISDICTION

1. This is an action for money damages brought by an individual consumer against GC Services Limited Partnership, herein after "GC Services", and Jane Does 1 and 2, as yet unknown individuals.

2. Jurisdiction is conferred on this Court by 15 U.S.C. § 1692 K (d).

## PARTIES

3. Plaintiff, Christopher L. Clark, is a consumer and resident of the State of Oregon.

4. Defendant, GC Services, is a Texas Corporation, and is specifically licensed to transact business in Oregon, and is a debt collector within the meaning of 15 U.S.C. § 1692a(6).

5. Defendant, Jane Doe 1, is an individual. Undersigned Plaintiff will amend complaint after ascertaining Defendants true identity.

#17971

6. Defendant, Jane Doe 2, is an individual. Undersigned Plaintiff will amend complaint after ascertaining Defendants true identity.

## FACTUAL ALLEGATIONS

7. On or about September 7th, 2007, Defendant, Jane Doe 1, willfully violated U.S.C. § 1692c(B).
8. On or about September 7th, 2007, Defendant, Jane Doe 1, willfully made "false" and "misleading" statements in violation of U.S.C. § 1692(e)5
9. On or about October 9th, 2007, Defendant, Jane Doe 2, called Plaintiff in violation of 15 U.S.C. § 1692G(b).
10. On or about October 9th, 2007, Defendants failed to verify the debt in violation of 15 U.S.C. § 1692G(b).

## CLAIM FOR RELIEF

11. Plaintiff realleges paragraphs 1 through 10 as though fully set fourth herein.
12. The allegations contained above constitute a violation of 15 U.S.C. § 1692.
13. As a result of the allegations contained above, Plaintiff has suffered actual damage to credit reputation, embarrassment, humiliation, frustration, loss of sleep, and agitation all to his economic and non-economic damage in the amount of $25,000.00.
14. Pursuant to 15 U.S.C. § 1692(k), Plaintiff is entitled to statutory damages in the amount of $3,000.00.
15. Pursuant to 15 U.S.C. § 1692(k), Plaintiff is entitled to Attorney's fees and cost in the prosecution of this action.

2

WHEREFORE, Plaintiff prays for relief as follows:

1. An award of statutory damages on his claim of relief in the amount of $3,000.00;
2. An award of actual damages on his claim for relief in the amount of $25,000.00;
3. An award of Attorneys fees incurred herein, in addition to costs and disbursements;
4. Such other relief as this Court deems just and equitable;
5. And trial by Jury is demanded.

Respectfully submitted this 16th day of October, 2007

By: Christopher Clark